◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS KING, Appellant. [886 NYS2d 64]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Rooney, J.), imposed January 3, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Dickerson and Hall, JJ., concur.